IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| LARRY WILSON and KANDICE WILSON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| VS. | ) ) | No. 3:16-cv-0902 JURY DEMAND |
| NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, | ) ) ) | CHIEF JUDGE CRENSHAW MAGISTRATE JUDGE NEWBERN |
| Defendant. | ) | |

---

### AGREED ORDER OF DISMISSAL WITH PREJUDICE
---

Came this date the parties, by and through their counsel of record, and informed the Court that the above-styled matter was resolved by way of mutual compromise. Therefore, the parties moved this Court for entry of an Order of Dismissal with Prejudice. The motion being well-taken:

IT IS THEREFORE ORDERED that the above-styled matter, bearing docket number 3:16-cv-0902, is hereby dismissed with prejudice. No discretionary costs will be applied for or awarded. Costs are assessed to Defendant Nationwide Property and Casualty Insurance Company.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE